UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

ARMANDO MEDINA, FERNANDO ESCOBAR,
and CHRISTIAN SALINAS, on behalf of
themselves and all other persons similarly
situated known and unknown,

        Plaintiffs                    Case No. 10 C 3148

    v.                                    Judge Kennelly

HAPPY'S PIZZA FRANCHISE, LLC,
HAPPY'S PIZZA CHICAGO #1, INC.,
HAPPY'S PIZZA CHICAGO #2, INC.,
and HAPPY ASKER, individually,

        Defendants.

---

## DEFENDANTS' DISCLOSURE STATEMENT
## AND NOTIFICATION OF AFFILIATES

Pursuant to Rule 7.1(a), Federal Rules of Civil Procedure and Northern District Local Rule 3.2, Defendants Happy's Pizza Chicago #1, Inc., and Happy's Pizza Chicago #2, Inc., have no publicly held affiliates.

August 25, 2010                            Respectfully submitted,

                                                   HAPPY'S PIZZA CHICAGO #1, INC.,
                                                   and HAPPY'S PIZZA CHICAGO #2, INC.,

                                            By:     s/ James J. Hendricks, Jr.
                                                             Attorney for the Defendants
                                                             James F. Hendricks, Jr.
                                                             IL ARDC# 1187139

- 2 -

James J. Hendricks, Jr.
Suheily Natal
FORD & HARRISON LLP
55 East Monroe Street, Suite 2900
Chicago, IL 60603-5709
(312) 332-0777 Telephone:
(312) 332-6130 Facsimile
Email: Jhendricks@fordharison.com
Email: Snatal@fordharrison.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing DEFENDANTS' DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES was filed electronically with the Northern District of Illinois on August 25, 2010, and is available for viewing and downloading from the Electronic Case Filing (ECF) System.

Service of this DEFENDANTS' DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES was accomplished electronically through the ECF System on the following ECF registered filing user:

>Douglas M. Werman (dwerman@flsalaw.com)
>Maureen A. Bantz (mbantz@flsalaw.com)
>David E. Stevens (dstevens@flsalaw.com)

>s/James J. Hendricks Jr.
>Attorney for the Defendants
>James F. Hendricks, Jr.
>IL ARDC# 1187139

James F. Hendricks, Jr.
Suheily Natal
FORD & HARRISON LLP
55 East Monroe Street, Suite 2900
Chicago, IL 60603-5709
(312) 332-0777 Telephone:
(312) 332-6130 Facsimile
Email: Jhendricks@fordharrison.com
Email: Snatal@fordharrison.com

Chicago:366378.1